UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE POWELL,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL COPENHAVER,<br><br>        Respondent. | Case No.:1:12-cv-01781-AWI-BAM (HC)<br><br>ORDER DIRECTING RESPONDENT TO RE-SERVE ANSWER ON PETITIONER AT NEW ADDRESS OF RECORD<br><br>(ECF Nos. 20, 21) |

      Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On April 5, 2013, Respondent filed an answer to the instant petition for writ of habeas corpus. On April 12, 2013, Petitioner filed a notice of change of address indicating that on March 18, 2013, he was transferred to the Federal Correctional Institution in Mendota, California, and he requests that any filing be served at such address.

      Because the proof of service attached to Respondent's answer indicates that it was served at the United States Penitentiary in Atwater, California (Petitioner's prior address of record), the Court will direct Respondent to re-serve the answer at Petitioner's current address of record.

///

///

///

Accordingly, IT IS HEREBY ORDERED that

1. Within ten (10) days from the date of service of this order, Respondent shall re-service the answer filed on April 5, 2013, at Petitioner's current address of record;

2. Petitioner is granted thirty (30) days from the date the answer is served to file a traverse; and

3. All other provisions of the Court's December 17, 2012, order to respond remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 4, 2013**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2